THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Stephen
 Southall, Appellant.
 
 
 

Appeal From Colleton County
Carmen T. Mullen, Circuit Court Judge
Unpublished Opinion No. 2008-UP-441
Submitted August 1, 2008  Filed August 6,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,  all
 of Columbia; and Solicitor Issac McDuffie Stone, III, of Beaufort, for
 Respondent.
 
 
 

PER CURIAM:  While on probation, Stephen Southall pled guilty to
 two counts of possession with intent to distribute crack cocaine and one count
 of distribution of crack cocaine, and was sentenced to concurrent terms of ten
 years imprisonment for each offense.  As a result, Southalls probation was
 revoked for one year, to run concurrent with the sentences imposed for his
 guilty plea.  Southall argues the trial court erred by considering parole
 eligibility when sentencing.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Southalls
 appeal and grant counsels motion to be relieved.[1] 
APPEAL
 DISMISSED.  
KONDUROS,
 J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.